Mrs. Thurman D. TODD, Individually,
etc., Plaintiff,

v.

JAMES E. DEAN MARINE DIVERS,
INC., Defendant-Appellant,

Tidex, Inc., et al., Defendant-Appellee.

No. 71-2474

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Jan. 20, 1972.

Rehearing Denied March 10, 1972.

Robert E. Leake, Jr., Hammett, Leake & Hammett, New Orleans, La., for defendant-appellant.

Theodore G. Dimitry, George W. Healy, III, Phelps, Dunbar, Marks, Claverie & Sims, New Orleans, La., for defendant-appellee; Edwin K. Legnon, New Orleans, La., of counsel.

William D. Hunter, Morgan City, La., for Mrs. T. D. Todd.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed for the reasons set forth in the published opinion of the District Judge. Todd v. James E. Dean Marine Divers et al., 325 F.Supp. 18 (E.D.La. 1971).

Affirmed.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

---

EL PASO NATIONAL BANK,
Plaintiff-Appellant,

v.

UNITED STATES of America,
Defendant-Appellee.

No. 71-2564

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Jan. 12, 1972.

William T. Kirk, Jr., El Paso, Tex., for plaintiff-appellant.

Seagal V. Wheatley, U. S. Atty., San Antonio, Tex., Ralph E. Harris, Asst. U. S. Atty., El Paso, Tex., William W. Guild, Atty., Tax Div., Dept. of Justice, Fort Worth, Tex., Fred B. Ugast, Acting Asst. Atty. Gen., Meyer Rothwacks, Harry Baum, Robert S. Watkins, Attys., Tax Div., Dept. of Justice, Washington, D. C., for defendant-appellee; William S. Sessions, U. S. Atty., of counsel.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed on the memorandum opinion of the district court. El Paso National Bank v. United States of America, W. D.Tex., 1971, 335 F.Supp. 490.

Affirmed.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.